ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
FOURTH DIVISION - MINNEAPOLIS

---

**KINGVISION PAY-PER-VIEW, LTD.**,
as Broadcast Licensee of the **NOVEMBER 13, 1999**
**HOLYFIELD/LEWIS** Program,

Plaintiff,

-against-

"JOHN DOE", *et al.*,

Defendants.

**NOTICE OF DISMISSAL**
Civil Case No. 01-2016 DSD/JMM

---

Plaintiff, **KINGVISION PAY-PER-VIEW, LTD.**, hereby compromises the within action and no party herein being an infant or incompetent, hereby moves that the above entitled action be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: February 25, 2002
Ellenville, New York

**KINGVISION PAY-PER-VIEW, LTD.**

By: ______________________
Julie Cohen Lonstein, Esq.
Attorney for Plaintiff
Terrace Hill : P.O. Box 351
Ellenville, New York 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277
Our File No. C99-7MN-01

**SO ORDERED** this
7th day of March, 2002;

______________________
**HONORABLE DAVID S. DOTY**
United States District Judge

FILED 3-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______